UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:19-CR-00037 |
| ) | REEVES/GUYTON |
| MARTEL D. DUNN ) | |

# **O R D E R**

Magistrate Judge C. Clifford Shirley filed a Report and Recommendation recommending the Court: (1) accept Defendant's plea of guilty to Count Five of the Superseding Indictment; (2) adjudicate Defendant guilty of the charge set forth in Count Five of the Superseding Indictment; and (3) find Defendant shall remain in custody until sentencing in this matter [Doc. 37]. Neither party filed a timely objection to the Report and Recommendation. After reviewing the record, the Court agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 37] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the charge in Count Five of the Superseding Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charge set forth in Count Five of the Superseding Indictment, that is, possession of firearms after being

convicted of a felony, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2); and

(3) Defendant **SHALL REMAIN IN CUSTODY** until sentencing in this matter.

**SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**